RECEIVED

AUG 0 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN WAYNE BURNETTE | CIVIL ACTION NO. 05-0832 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MARK SHUMATE, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the entire record and noting the absence of objections to the Report and Recommendation in the record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's "Emergency Motion to be Removed from River Bend Detention Center" [Doc. No. 7], which the Court has construed as a motion for temporary restraining order and preliminary injunction, is DENIED.

MONROE, LOUISIANA this 8 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE