


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHN WAYNE BURNETTE | CIVIL ACTION NO. 05-0832-M |
| VS. | SECTION P |
| MARK SHUMATE, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 19 day of November, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE